**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Madelin Moriche Cabezas   JOINT DEBTOR: _____   CASE NO.: _____
Last Four Digits of SS# 4244   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 217.87 for months 1 to 36 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $1750 Balance Due $ 1900
                    payable $ 190 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months ____ to ____)
                Regular Payment $ _____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None   Total Due $ _____
        Payable $ _____ /month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ 6.08 /month (Months 1 to 10) and Pay $196.08 /month (Months 11 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ally Financial and will continue to pay said creditor directly outside the chapter 13 bankruptcy.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                        Joint Debtor
Date: 11-10-16                               Date: _____

LF-31 (rev. 01/08/10)